UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
UNITED STATES MAGISTRATE JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-2985 FAX

April 30, 2010

TO ALL COUNSEL OF RECORD

    Subject: *SkinVestment, LLC v. O.K.K. Corporation, et al.*
    Civil Action No.: WDQ-09-2347

Dear Counsel:

    Filed concurrently with this letter is my Report and Recommendation regarding the Motion for Default Judgment in this case. Any objections you wish to make thereto must be made in accordance with Federal Rule of Civil Procedure 72. <u>Note</u>: Failure to file timely objections to the findings and recommendations set forth in this Report and Recommendation may result in waiver of your right to appeal from a judgment of this Court based on such findings and recommendations. Said objections must be received no later than May 14, 2010.

    Very truly yours,

    /s/

    James K. Bredar
    United States Magistrate Judge

JKB:jh

cc: The Hon. William D. Quarles, Jr.
    Court file